

ORDERED in the Southern District of Florida on June 17, 2025.

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Leonel Fonte,                                              Case No.: 25-11836-CLC
                                                          Chapter: 13
    Debtor.

_____ /

### AGREED ORDER SUSTAINING IN PART AND
### OVERRULING IN PART DEBTOR'S OBJECTION TO CLAIM NO. 3 [DOC. 22]
(To cancel hearing scheduled for June 17, 2025 at 9:00AM)

**THIS CASE** came before the upon consideration of Debtors' Objection to Claim No. 3 [Doc. 22] ("Objection to Claim") filed by Debtor and Response [Doc. 32] filed by JPMorgan Chase Bank, National Association, its successors and assigns ("Secured Creditor"). The Court having been advised of the agreement by the Debtor and Secured Creditor, by and through respective counsel, and based on the record, it is

    **ORDERED:**

    1.    The Objection to Claim is SUSTAINED IN PART and OVERRULED IN PART as per the terms of this Order.

    2.    Claim No. 3 ("Claim") is ALLOWED as filed.

3. The Claim shall not receive a distribution for the Chapter 13 Trustee on the basis that the lien is paid direct outside Plan.

4. The hearing on this matter scheduled for June 17, 2025 at 9:00 AM is cancelled.

###

**Submitted by:**
Jose A Blanco
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013
(305) 349-3463
Fax : (786) 567-5057
Email: eservice@blancopa.com

Copies furnished to:
Jose A Blanco, Esq. is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt of this Order and shall file a certificate of service with the Clerk of the Court.